Decided May 29, 2007

## STATE OF CONNECTICUT *v.* EDWIN J. MASKIELL

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 507 (AC 26387), is denied.

*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.

*James M. Ralls*, senior assistant state's attorney, in opposition.

Decided May 29, 2007

## DIANE JACOB *v.* DOMETIC ORIGO AB ET AL.*

The defendants' petition for certification for appeal from the Appellate Court, 100 Conn. App. 107 (AC 26784), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the trial court: (1) abused its discretion in denying the plaintiff's motion to amend her complaint; and (2) improperly granted the defendants' motion for summary judgment?"

The Supreme Court docket number is SC 17915.

*Aaron S. Bayer, Jeremy G. Zimmermann, Kenneth D. Heath* and *Robert G. Huelin*, in support of the petition.

*Hugh D. Hughes*, in opposition.

Decided May 29, 2007

---

* The appeal was withdrawn August 7, 2007.